**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:07-MJ-1053TBM

**JAMES SANDS**

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On February 4, 2009, the United States Attorney and the defendant James Sands, appeared in person and with counsel for hearing on allegations of violation of supervised release. The record establishes that the Defendant was convicted on October 17, 2008, of the offense of driving under the influence and sentenced to three months imprisonment and thereafter to one year of supervised release. A Probation Officer of this Court has petitioned the Court to revoke the Order of supervised release. In lieu of a hearing on the petition, the Defendant admits the violations. On the basis of Defendant's admission, the Court finds that Defendant has violated the terms of his supervised release.

It is therefore ORDERED AND ADJUDGED that the Defendant is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period **sixty (60) days** with credit for time served or until the defendant is otherwise discharged as provided by law.

It is further ORDERED AND ADJUDGED that the Order of supervised release originally entered herein is **revoked.**

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

DONE AND ORDERED at Tampa, Florida, this 5th day of February 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:  All counsel of record
           U.S. Marshal
           U.S. Probation
           Defendant